**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 10th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | : : : : | NO. 519 MAGISTERIAL RULES DOCKET |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of November 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 10th Judicial District (Westmoreland County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 10-1-01, 10-1-03, 10-2-03, 10-2-06, and, 10-2-09, within Westmoreland County, to be effective January 2, 2023, is granted; and that the Petition, which also provides for the reestablishment of Magisterial Districts 10-1-04, 10-1-05, 10-2-01, 10-2-08, 10-2-10, 10-3-01, 10-3-02, 10-3-05, 10-3-08, 10-3-09, and 10-3-10, within Westmoreland County, to be effective immediately, is granted.

    Said Magisterial Districts shall be as follows:

Magisterial District 10-1-01
Magisterial District Judge Joseph R. DeMarchis

City of Jeanette
Adamsburg Borough
Hempfield Township, Voting
  Districts Alwine, East
  Adamsburg, Grapeville, High
  Park, Valley, West Hempfield

| | |
|---|---|
| Magisterial District 10-1-03<br>Magisterial District Judge Wayne P. Vlasic | City of Monessen<br>North Belle Vernon Borough<br>Rostraver Township, Voting<br>    Districts Lynnwood, Pricedale,<br>    Webster |
| Magisterial District 10-1-04<br>Magisterial District Judge Cheryl J. Peck-Yakopec | City of Lower Burrell<br>East Vandergrift Borough<br>Hyde Park Borough<br>Oklahoma Borough<br>Vandergrift Borough<br>West Leechburg Borough<br>Allegheny Township<br>Upper Burrell Township |
| Magisterial District 10-1-05<br>Magisterial District Judge Frank J. Pallone, Jr. | City of Arnold<br>New Kensington City, Wards 1-7 |
| Magisterial District 10-2-01<br>Magisterial District Judge Scott A. Fanchalsky | South Greensburg Borough<br>Southwest Greensburg Borough<br>Youngwood Borough<br>Hempfield Township, Voting<br>    Districts Bovard, Eastview,<br>    Foxhill, Hannastown, Luxor,<br>    Maplewood, Todd, University,<br>    Weavers Old Stand, West<br>    Point |
| Magisterial District 10-2-03<br>Magisterial District Judge Rebecca C. Tyburski | Manor Borough<br>Penn Borough<br>Trafford Borough<br>Irwin Borough<br>North Irwin Borough<br>Hempfield Township, Voting<br>    District Wegley<br>North Huntingdon Township,<br>    Ward 6-1<br>Penn Township |

Magisterial District 10-2-06  
Magisterial District Judge Charles M. Christner, Jr.

Madison Borough  
Smithton Borough  
Sutersville Borough  
West Newton Borough  
Rostraver Township, Voting Districts Collinsburg, Concord, Crossroads, Fellsburg, Van Meter  
Sewickley Township  
South Huntingdon Township, Voting District Wayne

Magisterial District 10-2-08  
Magisterial District Judge Tamara J. Mahady

Latrobe Borough  
Youngstown Borough  
Mt. Pleasant Township, Voting Districts Homestead, Mammoth, Ridgeview, United, Westmoreland  
Unity Township

Magisterial District 10-2-09  
Magisterial District Judge Wayne B. Gongaware

North Huntingdon Township Wards 1, 2, 3, 4, 5, 6-2, 6-3, 6-4, 7

Magisterial District 10-2-10  
Magisterial District Judge Christiann O'Flanigan

City of Greensburg

Magisterial District 10-3-01  
Magisterial District Judge Mark S. Mansour

Arona Borough  
Hempfield Township, Voting Districts Carbon, Fort Allen, Gayville, Haydenville, Lincoln Heights East, Lincoln Heights West, Middletown, North Carbon, Sibel, Wendel-Herminie

Magisterial District 10-3-02  
Magisterial District Judge Charles R. Conway

Delmont Borough  
Export Borough

Salem Township, Voting District New Salem

Municipality of Murrysville

Magisterial District 10-3-05
Magisterial District Judge Jason Buczak

Avonmore Borough

Bell Township

Loyalhanna Township

Salem Township, Voting Districts Five Points, Hugus, Mechlings, Slickville, Steeles, Trees Mills

Washington Township

Magisterial District 10-3-08
Magisterial District Judge Kelly Tua Hammers

Derry Borough

New Alexandria Borough

Derry Township

Magisterial District 10-3-09
Magisterial District Judge Denise Snyder Thiel

Bolivar Borough

Donegal Borough

Laurel Mountain Borough

Ligonier Borough

New Florence Borough

Seward Borough

Cook Township

Donegal Township

Fairfield Township

Ligonier Township

Saint Clair Township

Magisterial District 10-3-10
Magisterial District Judge Charles D. Moore

Hunker Borough

Mt. Pleasant Borough

New Stanton Borough

Scottdale Borough

East Huntingdon Township

Hempfield Township, Voting District New Stanton

Mt. Pleasant Township, Voting Districts Bridgeport, Duncan, Hecla, Laurel, Pleasant Valley, Spring Garden

South Huntingdon Township, Voting Districts Hixson, Jacobs Creek, Mineral, Port Royal, South Huntingdon, Wyano, Yukon